H. D. BRACEY ET AL., APPELLANTS, VS. JOHN W. STARKE ET AL., APPELLEES.

Where no appeal bond has been filed in the time allowed by law, a motion to docket and dismiss appeal will be denied.

Appeal from the Circuit Court for Volusia county.

The facts of the case are stated in the opinion.

*Fleming & Daniel* for the motion.

No Counsel appeared *contra.*

MR. JUSTICE RANEY delivered the opinion of the court:

This is a motion by Starke *et al.*, to docket and dismiss the appeal attempted to be perfected by Bracey *et al.*, the original plaintiffs below. There is no record here. The certificates on file show that the alleged appeal bond was not filed within the time allowed by law. The consequence is that no appeal has been perfected, and the motion must hence be denied, and it will be so ordered.